BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant JAY DAVID HEMM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/9/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>JAY DAVID HEMM<br><br>            Defendant. | No. CR-05-00559-RMW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS HEARING** |

Defendant, Jay David Hemm, through his counsel, Assistant Federal Public Defender Angela M. Hansen, and government counsel, Assistant United States Attorney Gary G. Fry, stipulate and agree to continue the status hearing date of March 6, 2006 to March 20, 2006 at 9:00 a.m.

The parties have reached a preliminary agreement in this case. The parties request a two-week continuance because Government counsel needs time to have the agreement approved by his office, and counsel for Mr. Hemm needs additional time to discuss the proposed agreement with her client. For these reasons, the parties stipulate and agree to continue this case until March 20, 2006. Additionally, counsel for Mr. Hemm is unavailable on March 13, 2006.

The parties further stipulate and agree that time should continue to be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because the ends of justice served by the continuance requested outweigh the best interest of the defendant and the public in a speedy trial because the

1 failure to grant such a continuance would unreasonably deny Mr. Hemm continuity of counsel
2 and the time necessary for effective preparation.

4 March 6, 2006                                               _____
                                                              ANGELA M. HANSEN
5                                                             Assistant Federal Public Defender

7 March 6, 2006                                               _____
                                                              GARY G. FRY
8                                                             Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00559-RMW |
| | ) | |
| Plaintiff, | ) | **ORDER TO** |
| v. | ) | **CONTINUE STATUS HEARING** |
| | ) | |
| JAY DAVID HEMM | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the status hearing date of March 6, 2006 is continued until March 20, 2006 at 9:00 a.m. It is FURTHER ORDERED that time will continue to be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for defense preparation.

Dated: March  9 , 2006          /S/ RONALD M. WHYTE
                               HONORABLE RONALD M. WHYTE
                               United States District Judge

3

1  Distribute to:

2

3  Ms. Angela M. Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Mr. Gary Fry
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26