1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant JAY DAVID HEMM

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                                              *E-FILED - 4/7/06*
10
   UNITED STATES OF AMERICA,        )   No. CR-05-00559-RMW
11                                  )
                  Plaintiff,        )   **STIPULATION AND**
12         v.                       )   **ORDER TO CONTINUE STATUS**
                                    )   **HEARING**
13                                  )
   JAY DAVID HEMM,                  )
14                                  )
                  Defendant.        )
15 _____)

16         Defendant, Jay David Hemm, through his counsel, Assistant Federal Public Defender

17 Angela M. Hansen, and government counsel, Assistant United States Attorney Gary Fry, stipulate

18 and agree to continue the status hearing date of March 20, 2006 to April 3, 2006 at 9:00 a.m.

19         The parties have reached a preliminary agreement in this case.  The parties request a

20 two-week continuance because Government counsel needs additional time to have the agreement

21 approved by his office, and, once approved, counsel for Mr. Hemm needs additional time to

22 review that agreement with her client.  For these reasons, the parties stipulate and agree to

23 continue this case until April 3, 2006.

24         The parties further stipulate and agree that time should continue to be excluded under

25 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because the ends of justice served by the continuance

26 requested outweigh the best interest of the defendant and the public in a speedy trial because the

   failure to grant such a continuance would unreasonably deny Mr. Hemm the time necessary for

1 effective preparation.

2

3 March 17, 2006                                         _____/S/_____
                                                        ANGELA M. HANSEN
4                                                       Assistant Federal Public Defender

5

6 March 17, 2006                                         _____/S/_____
                                                        GARY FRY
7                                                       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                         Plaintiff,   )<br>         v.                                         )<br>                                                          )<br>                                                          )<br>JAY DAVID HEMM                          )<br>                                                          )<br>                         Defendant.   )<br>_____) | No. CR-05-00559-RMW<br><br>**ORDER TO**<br>**CONTINUE STATUS HEARING** |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the status hearing date of March 20, 2006 is continued until April 3, 2006 at 9:00 a.m. It is FURTHER ORDERED that time will continue to be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for defense preparation.

Dated: April  7, 2006              /s/ Ronald M. Whyte
                                              _____
                                              HONORABLE RONALD M. WHYTE
                                              United States District Judge

3

1  Distribute to:

2

3  Ms. Angela M. Hansen
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Mr. Gary Fry
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26