BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant JAY DAVID HEMM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/7/06*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00559-RMW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| v. | ) | **ORDER TO CONTINUE STATUS** |
| | ) | **HEARING** |
| JAY DAVID HEMM, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Jay David Hemm, through his counsel, Assistant Federal Public Defender Angela M. Hansen, and government counsel, Assistant United States Attorney Gary Fry, stipulate and agree to continue the status hearing date of April 3, 2006 to April 10, 2006 at 9:00 a.m.

The parties have reached a preliminary agreement in this case.  The parties request a one-week continuance because counsel for Mr. Hemm needs additional time to review the plea agreement with her client.  For these reasons, the parties stipulate and agree to continue this case until April 10, 2006.  The parties further stipulate and agree that time should continue to be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because the ends of justice served by the continuance requested outweigh the best interest of the defendant and the public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Hemm the time necessary for effective preparation.

1 | March 30, 2006             _____/S/_____
2 |                                       ANGELA M. HANSEN
                                      Assistant Federal Public Defender

4 | March 30, 2006             _____/S/_____
                                      GARY FRY
5 |                                       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-05-00559-RMW |
| | ) | |
| Plaintiff, | ) | **ORDER TO** |
| v. | ) | **CONTINUE STATUS HEARING** |
| | ) | |
| | ) | |
| JAY DAVID HEMM | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the status hearing date of April 3, 2006 is continued until April 10, 2006 at 9:00 a.m. for a change of plea hearing. It is FURTHER ORDERED that time will continue to be excluded under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for defense preparation.

Dated: April 7, 2006        /s/ Ronald M. Whyte
                            HONORABLE RONALD M. WHYTE
                            United States District Judge

3

1   Distribute to:

2

3   Ms. Angela M. Hansen
    Assistant Federal Public Defender
    160 West Santa Clara Street, Suite 575
4   San Jose, CA 95113
    Counsel for Defendant

5
    Mr. Gary Fry
6   Assistant United States Attorney
    150 Almaden Blvd., Suite 900
7   San Jose, CA 95113
    Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26